FILED
CLERK, U.S. DISTRICT COURT

JUL 2 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Cerardo Emmanuel Chonay-Morales, DEFENDANT(S). | 2:24-CR - 167 -MEMF-2 |

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of ___defendant___ , IT IS ORDERED that a detention hearing is set for ___7/23/2024___ , _____ , at ___1:00___ ☐ a.m. / ☑ p.m. before the Honorable ___J. Chooljian___ , in Courtroom ___640___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___7/22/2024___

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1